RUTH G. MERRELL *v.* TOWN OF SOUTHINGTON

The plaintiff's petition for certification for appeal from the Appellate Court, 42 Conn. App. 292 (AC 14252), is denied.

*Alfred F. Morrocco, Jr.*, in support of the petition.

Decided September 18, 1996

JEFFREY DONTIGNEY *v.* COMMISSIONER OF CORRECTION

The petitioner Jeffrey Dontigney's petition for certification for appeal from the Appellate Court, 42 Conn. App. 304 (AC 14294), is denied.

*James E. Sawine*, in support of the petition.

*James M. Ralls*, assistant state's attorney, in opposition.

Decided September 18, 1996

The plaintiffs' petition for certification for appeal from the Appellate Court, 42 Conn. App. 324 (AC 14894), is granted, limited to the following issue: